JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOHN HO,                                     )    Case No. CV 22-0756 FMO (JCx)
                                             )
              Plaintiff,                     )
                                             )
        v.                                   )    **JUDGMENT**
                                             )
RYKADAN 005 LLC,                             )
                                             )
                                             )
                                             )
              Defendant.                     )
_____ )

        IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 16 day of May, 2022.

                                                            /s/
                                            _____
                                                    Fernando M. Olguin
                                                 United States District Judge